IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION
OCTOBER 2005 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
For H'burg
OCT 05 2005
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **INDICTMENT** |
| v. | : | Criminal No. 5:05CR00042 |
| TINA BURACKER | : | In violation of:<br>29 U.S.C. § 501(c) |

### Count One

The Grand Jury charges:

1. That at all times relevant to this Indictment, Local 82174 of the Communications Workers of America (CWA), AFL-CIO, Stanley, Virginia, (formerly known as IUE Local 174 and hereafter referred to as "Local 82174"), was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(i) and 402(j). The former IUE Local 174 was also such a labor organization.

2. That at all times relevant to this Indictment, the defendant, TINA BURACKER, was an officer, that is, the President, of Local 82174 of the CWA.

3. That from a time unknown to the Grand Jury but starting at least by January 1998 and continuing to a time unknown to the Grand Jury but at least until March 2003, in the Western Judicial District of Virginia, the defendant, TINA BURACKER, while an

officer of Local 82174, CWA, AFL-CIO, Stanley, Virginia, (formerly known as IUE Local 174), did embezzle, steal, or unlawfully and willfully abstract or convert to her own use or the use of another, monies, funds, or other assets of Local 82174 in the approximate amount of $54,679.38.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL this 5th day of October, 2005.

_____
FOREPERSON

John L. Brownlee (USA)
UNITED STATES ATTORNEY